# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 4, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
Jun 11, 2018
DEBORAH S. HUNT, Clerk

Re:  Byron Lewis Black
     v. Tony Mays, Warden
     No. 17-8275
     (Your No. 13-5224)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk